43.

Saturday August 26, 2017

Page 5

43.



which I did. I asked the Sgt
(on my return to where they
were gathered) if Human
Resources were made aware
of this; they stated that the
Management has been made
aware. Consequently, I was
then asked for all the items
that the City had issued to
me. I suggested to Sgt Lee
that some form of receipt
be presented to me on this
accordingly for items received. My
further suggestion to her (and
the other to Sgt.) is that I
be allowed to write this
development in my Memo Book.
She agreed. On the contrary,
stated that I am no threat
to life, funds nor property
and should not be treated
this way...

Page 7



Page 9

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
(212) 336-3620
TTY (212) 336-3622
General FAX (212) 336-3625

D. E. Young
Investigator
Phone (212) 336-3758
Fax (212) 336-3624

May 4, 2019

Via US Mail
Mr. Alroy Richards

Re:  Alroy Richards v. NYC Dept. of Parks & Recreation
EEOC Charge No.: 846 – 2017 –36034

Dear Mr. Richards:

Enclosed is a copy of Respondent's response to your charge of employment discrimination which is referred to as a position statement.  Please note that the position statement is a **confidential document that should not be shared** with anyone, including but not limited to, an attorney who is not representing you in the EEOC matter, friends or family.

Now, we invite you to provide your response to the Respondent's position statement.  Your response to Respondent's position statement is referred to as a rebuttal.  Your rebuttal is a short type document that concisely explains your point and helps to prove your charge allegation(s) of discrimination.  The rebuttal also can explain how Respondent's position is false and a cover up for the discrimination of which you are complaining.  Please attach to your rebuttal any additional documentation or evidence that you believe supports/ proves your allegations, including but not limited to, statistical data, personnel records and sworn witness statements.   There is no need to resend the documentation that you have already provided.  Your rebuttal will be your opportunity to explain how the information and documents that you have provided, supports and proves your charge allegations.

Your rebuttal is due on or before the close of business on **Monday, May 20, 2019**.

Sincerely,

Investigator, D. E. Young

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

---------------------------------------------------------------- x

ALROY RICHARDS,

                               Complainant,

          -against-

NEW YORK CITY, DEPARTMENT OF PARKS &
RECREATION,

                              Respondent.

---------------------------------------------------------------- x

**VERIFIED ANSWER**

SDHR CASE #

846-2017-36034

Respondent New York City Department of Parks and Recreation (respondent "Parks Department" or "Agency") by its attorney, Zachary W. Carter, Corporation Counsel of the City of New York, for its answer to the Verified Complaint (the "Complaint") respectfully alleges as follows:

Respondent Parks Department denies all the allegations set forth in the Complaint. Respondent Parks Department further states that the Complaint's attached statement of particulars is not of a nature that would enable respondent Parks Department to systematically answer. Notwithstanding this, respondent Parks Department sets forth its statement of facts below.

## FOR A STATEMENT OF PERTINENT AND MATERIAL FACTS, RESPONDENT ALLEGES:

1.       Complainant was employed by New York City as a City Seasonal Aide ("CSA"), for the summer of 2017.

2.       Complainant was employed in the title of a Parks Enforcement Patrol Officer ("PEP Officer"). PEP Officers are a part of the Parks Department's Urban Park Service

home", Complainant then became even more irate, and almost caused a physical altercation with some other CSAs. He had to be escorted away.

10.  As a result, Complainant was issued a supervisor's conference for conduct unbecoming a City employee. A copy of the supervisor's conference is annexed hereto as **Exhibit C.**

11.  A statement from CSA Michelle Wright about the incident is annexed hereto as **Exhibit D.**

12.  A statement from CSA Shileah McClain about the incident is annexed hereto as **Exhibit E.**

13.  On July 23, 217 Sgt. Soyer approached Complainant about his failure to wear his name tag, memo book and hat while on duty. Complainant became very irate and declared that would not wear a hat or name tag. A memo book entry about the incident is annexed hereto as **Exhibit F.**

14.  On August 3, 2017 a Parks Supervisor approached Complainant while on duty and informed him that he needed to ensure that no one entered the pool area with a cellphone, which are not allowed in pool areas under Parks Department rules. Mr. Richards refused and said that it was not his responsibility. A copy of the log entry regarding this incident is annexed hereto as **Exhibit G.**

15.  Parks staff made several further complaints against Complainant for refusing to follow procedures, and being consistently disrespectful. They also stated that Complainant was frequently seen using his phone during work hours in the pool area. A copy of statements about Complainant's behavior made by Parks staff is annexed hereto as **Exhibit H.**

**WHEREFORE,** the complaint should be dismissed in all respects together with such other and further relief as the Commission deems just and proper.

Dated:      New York, New York
            March 30, 2018

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
Attorney for Respondents
c/o City of New York Parks & Recreation
830 Fifth Avenue, Room 313
New York, New York 10021
(212) 360-1346

By:  _____
      JUSTIN A. CARROLL
      Special Assistant Corporation Counsel

-5-

To: Zingale, Deborah (Parks)
Subject: Responding to your message (Intranet Quorum IMA00515590)

A (1)

## NYC Department of Parks & Recreation
## Internal Correspondence Tracking Sheet
*Originated: 7/3/2017*

*Please follow the route codes below and reply to this email address, if necessary, with the response or a draft of a response for the agency head's signature. Do not change the subject line of this email. If you need to reroute the email to another division, or include any notes, please put REROUTE in the body of your email, as well as the division to where the letter should be sent.*

**Writer:**  Heny Michael
**Number:**  926168
**Subject:**  COMPLAINT ABOUT PARKS SECURITY STAFF AT WINDMULLER MINI POOL (LAWRENCE VIRGILIO PLAYGROUND)

**Source:**  311
**SR#:**
**Due Date:**  7/16/2017
**Topic:**  EMPLOYEE-COMPLAINT

## CUSTOMER INFORMATION:
**Address:**
Heny Michael
1854 Putnam Avenue
Ridgewood, NY 11385-4304
**Phone(s):**  (B) 6462039208 (H)
**Email:** habibi_333@yahoo.com

**Date of Letter:**
07/02/2017

**Commissioner Comments:**          **Date Reviewed:**

**Additional Comments:**

## ROUTE:

| Division | Response | FYI | See/Phone Comm. |
|---|---|---|---|
| AC Mike Dockett | 4 | 12 | - |
| FDC Liam Kavanagh | - | 12 | - |
| BC Dorothy Lewandowski | - | 10 | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |
| | - | - | - |

Key: 2- Prepare reply for Commissioner to sign; 3- Reply substantively by phone; 4- Reply directly; 5- See Commissioner on this;
6- Phone Commissioner on this; 10- Keep this copy for your information; 12 – Take appropriate action

**Customer Comments:**  SECURITY EMPLOYEE WOULD NOT LET ME AND THE FAMILY INTO THE PUBLIC POOL, FEELS DISCRIMINATED, I WENT TO THE OFFICE WITH A POLICE OFFICER IN THE PARK AND SPOKE TO A SUPERVISOR THERE WHO SAID SHE WOULD NOT PROVIDE HIS INFO, THE SECURITY IS IN CHARGE OF THE POOL AREA, HE RUINED THE DAY FOR MY

1

A (11)

KIDS, IT OCCURRED AT WINDMILLER PARK ON 52 STREET BETWEEN 39 ROAD AND 39 DRIVE WOODSIDE QUEENS, OFFICER INFO LAFURNO BADGE16959 PRESCIENT 108

10

B

Zingale, Deborah (Parks)

From:            Zingale, Deborah (Parks)
Sent:            Thursday, July 06, 2017 3:43 PM
To:              'habibi_333@yahoo.com'
Subject:         Your Correspondence to NYC Parks

Dear Mr. Michael:

Thank you for your letter regarding an incident at Windmuller Mini pool involving you and your son. Please accept my apology on behalf of NYC Parks and the Urban Park Service, which oversees Parks Enforcement.

We were concerned by your account, as it is never our intention to make park visitors feel uncomfortable or unwelcome. We requested that Parks Enforcement Patrol supervisors look into this incident and share their findings with us.

After speaking with the senior lifeguard, City Seasonal Aide (CSA) Richards, and others present at the time, it was determined that CSA Richards acted improperly when he refused your son access to the pool, and again, when he became argumentative and hostile in speaking with you. In addition, CSA Richards did not observe protocol when he refused to provide you with identification when you requested it. Public servants must provide identification to the public upon request.

As a result of his actions, CSA Richards has been removed from Windmuller Pool and permanently reassigned. Additionally, he will receive customer service retraining.

We are sorry this incident happened, and we hope you will not be discouraged from using Windmuller Pool and all other Parks facilities. Please feel free to call me directly should you have any future problems using Windmuller or another pool.

Again, thank you for writing. Your support and patronage is appreciated.

Sincerely,

Deborah Zingale
Urban Park Service

T 212.360.2747
F 212.360.2736
E Deborah.Zingale@parks.nyc.gov

NYC Parks
Arsenal North
1234 Fifth Avenue, Room 225
New York, NY 10029
nyc.gov/parks

Follow Parks on: Facebook | Twitter | foursquare | Flickr | YouTube | Broadcastr

19

45.

D (i)

On July 15th 2017 @ 18:30Hrs Sgt. Soyer was protrolling the deck, Sgt. Soyer stopped AT my poot. And Asked me (CSA M. Wright) how was everything going. I responded everything is fine. Sgt Soyer said when the session ends their will be a muster @ 11:10 p.m please let the rest of the CSA's know. I said ok. MR. Richards was protrolling the deck at 18:40 Hrs and he walked towards me. I said MR. Richards, Sgt. Soyer called a muster @ 19 Hrs. MR. Richards Replyed "I Quote" My Time is 7 p.m I'm not fucking staying." This man needs to do his fucking job man. I just said ok.

We are in Muster, MR. Richards is writing in his memobook while standing in muster, Sgt. Soyer is addressi the group. Sgt. Soyer Asks Mr. Richards to stop writi while he's talking so MR. Richards says" I Quote' Excuse me sir are you addressing me sir. Sgt. Soy Say's yes. Mr. Richards Say's I'm not writing Sir I'm listening to you Sir ok. Sgt. Soyer say's ok I'm your direct contact person. If you need to reach me, I'm in the front doing paper work, time cards etc. I'm just not sitting around doing nothing ok.

**45.**

E

Shileah McClain - 7/22/17

On Sunday July 16 2017, Sergeant Sayer requested an evening muster to discuss some of the issues that transpired during the day. During the muster, CSA Richards became very aggressive and disrespectful to Sergeant Sayer, myself and some of the other CSAs that were there. Officer Richards began saying discriminating comments about America. He also threatened Sergeant Sayer. He cursed out Sergeant Sayer and blatantly said he does not like CSA Thomas. Officer Richards told me to shut my mouth because I felt he was wrong for saying things about America. The muster was ended due to officer Richards being too aggressive.

S. McClain



City of New York
Parks & Recreation

URBAN PARK SERVICE

MEMORANDUM PAD



OPEN DATE 5/26/17     CLOSE DATE 8/14/17

NAME Ofc. S. Ross     COMMAND QUEENS 0003

f (C)

45

45.

Sunday 23, 2017 @ four kings
partner          vehicle NONE
KA bus 0045       meal can
weather 78° Sunny
Assignment Astoria pool
Audio rec N/A
1030 on duty
1100 Astoria pool open to
the public
1200 Astoria pool All
in good order
1215 Sgt Sayer asked me
to stand while he talks
with Richards so I
was listening Richards
was acting very disorderly
with Sgt Sayer
1300 Astoria pool All in
Good Order
1400 Sgt Sayer Asked me
to be a witness while he
tells Richards about him
being on post. Memo book,
that provider, Name tag must
tell be worn Richards started
shouting he's Not wearing no
hat or Name tag when he
started shouting at Sgt

35

45.

2017   215th day – 150 day   GW

(7

THURSDAY   3   AUGUST

145
237-242
PRE

30 CH    76 PH          3400 Flow    11 30 gal

Sensational Kids          37 kids      9 counselors    21g
Cunningham Camp          32 Kids       7 counselors
                          9 Girls  23 Boys

14 = 92  Kids 83                      Total AMC 281
# Duncan  nocall , no show — POP
Coolped phone lost 8/2/17  George    317-332-7769
left in men's locker room              917-832-6673

Steve Wied called out sick

Stanwix  Magistor , LA , NYC Parks  Crystal Page to took a
[   ]  at wading pool

# At 5 10 I PS 1 Tyson Holley  approached  PEP officer
Richards at the exit to Mens Locker I ask him if his
post was in the locker room or outside on the deck He
replied that hes everywhere when I told him that while
at the exit you have to make sure no one gets by with
cellphone and clothing  He replied no I dont your guys are
i suppose to be doing it  I told him we all are suppose to
do it and if he didn't want to help he can ask to be moved.
He started saying "I don't know who you think you are
talking to and you can talk to my boss" I said okay
and called Captain greenfield but I didn't get in touch
with him

Beth   called @ 4:40 pm  said that FPO Marlee
is being taken for mini pools

Chaos Care at 8:10 pm to ann test (was Pos) to see how
[   ]

45.

letter H

8/25/17

To whom it may concern,

I Tyson Holley the PSI at Astoria Park Pool have made several attempts to get in touch with PEP Captains in regards to CSA PEP officer Richards. After speaking to Sgt Soyer he advised me to take it up the chain of command because it was no longer in his hands. PEP officer Richards is very disrespectful when spoken to by Supervision. He makes it seem like he can do whatever he wants. He's always on the phone in and out of the locker room. He doesn't help staff when in the locker room and on several occasions he has gotten dress while staff and supervisors help patrons exit pool at the end of session. It is not fair to my staff that he gets to do whatever he wants and not help which causes staff to work extra hard. If you would like to reach me call (718) 626-8623.

Pool Supervisor 1

Tys Holley

Tyson Holley

45.

H (1)

Friday, August 25, 17

To whom it may concern,

On August 10th 2017 CBA Richards was telling the children, seated at the bench to clear the area, and wait outside. All children are allowed to wait, on the bench, until their parent or guardian may get from the locker room. My CST Tyesh-sha Edmond observed the situation and informed PEP Sargeant Komil, and was told to leave it alone. CST Edmond informed me as well, explaining that most of the children had not been picked up by their parent or guardian. If something had happened to one of the children, it would of been on us, since we are to watch the children on the bench.

On other occasions, CST Richards is seen on his phone, or the out desk. It doesn't look right, when my staff and I are asking patrons to lock up their phone, while Richards is on his the entire time. When our first session is over, the other CST Pep officers are assisting the patrons out of the locker room, meanwhile

46.

02/02/2018

**CASE-0124275**

Inbox x

**NYCAPS** I have created a temporary password for you. Once you
**Central** have successfully chang...                                        11:14 AM
**(DCAS)**

**Alroy Richards** <alroyrichards                      1:31 PM (2 minutes ago)

to NYCAPS

Good day to you. I am still unable to get into the system, to access the data, given the latest passw

On Fri, Feb 2, 2018 at 11:14 AM, NYCAPS Central (DCAS) <nycaps.central@dcas.nyc.gov> wrote
I have created a temporary password for you. Once you successfully changed your password
close **all** open internet browsers (not just the tab) and open a new one before logging in with the
password. Leaving browsers open may result in getting locked out. If you still have trouble, please
through www.nyc.gov/ess in order to change your password.

Your password has been reset to:

If replying to this email, please do not modify or delete the full case number in the subject line.

Thank you,

**Yvette Ali**
**NYCAPS Central, Help Desk**
**P:** (212) 487-0500 **| F:** (212) 313-3411

Received 02nd february 2018





**NYCAPS Central (DCAS)**

Good afternoon, thank you for contacting NYCAPS Central. I would be happy to ...

12:57 PM (1 hour ago)

Good afternoon, thank you for contacting NYCAPS Central. I would be happy to ...

**alroyrichards**

1:23 PM (1 hour ago)



**NYCAPS**

ERN was on caption. It is

Thanks.

Sent from my MetroPCS 4G LTE Android Device

-------- Original message --------
From: "NYCAPS Central (DCAS)" <nycaps.central@dcas.nyc.gov>
Date: 1/29/18 12:57 (GMT-05:00)
To: alroyrichards
Subject: CASE-0124275: ALROY D. RICHARDS - Former

Good afternoon, thank you for contacting NYCAPS Central. I would be happy to help reset your password.

Please also provide your 7-digit Employee Reference Number.

Thank you,

Received 01/29/2018

NYCAPS Central, Help Desk
P: <u>(212) 487-0500</u> | F: <u>(212) 313-3411</u>

<u>Reply</u>    <u>Forward</u>

EXHIBIT — K(ii)

47.

## Mayor's Policy Statement



The City of New York is an equal opportunity employer. As Mayor, I am strongly committed to having a municipal workforce that reflects the diversity, spirit, talent and dedication of our City's population. When City employees experience discrimination, it threatens the productivity and efficiency of City government.

Discrimination is illegal and will not be tolerated.

City employees should know about their right to be free of illegal bias and bigotry in the municipal workplace and their responsibility to respect the rights of others. Agency heads, managers, and supervisors should understand their obligation to prevent discrimination. They must be prepared to address complaints of discrimination when they arise. Above all, they must maintain an environment in which all employees can work together as a team to accomplish their tasks.

In light of the difficult times and the fiscal problems that we face, I believe that it is all the more important to create the best environment for the City's workforce. In order to meet these challenges, we must strengthen the culture of tolerance and acceptance that characterizes New York City. As I have stated in the past, I want all New Yorkers to have the opportunity to pursue their dreams, and that includes the dream of serving the people of the City of New York.

*Michael R. Bloomberg*
Michael R. Bloomberg
Mayor

3

## Table of Contents

What is EEO all about? . . . . . . . . . . . Page 6

Sexual Harassment . . . . . . . . . . . . . Page 9

Disabilities . . . . . . . . . . . . . . . . Page 12

Religion . . . . . . . . . . . . . . . . . . Page 16

EEO Complaint Process . . . . . . . . . . . Page 18

5

EXHIBIT- K(11)

47.

# EEO

**EEO** stands for Equal Employment Opportunity. This booklet is intended to help you understand some of the things you may not know about what the City's EEO Policy covers and to provide information on how you can address EEO issues in the workplace. To learn more about the City's EEO Policy, contact an EEO representative at your agency.

## What is EEO all about?

The City's EEO Policy was created to provide equal opportunity for all employees and applicants for employment by ensuring that all workplaces in City agencies are free of illegal discrimination, including harassment, based on race, color, national origin, religion, gender (including "gender identity" -- which refers to a person's actual or perceived sex, and includes self-image, appearance, behavior or expression, whether or not different from that traditionally associated with the legal sex assigned to the person at birth), age, disability, alienage or citizenship status, marital status, prior record of arrest or conviction, genetic predisposition (having something in your genes which increases the risk of your having a disease or disability), carrier status (having something in your genes which increases the risk of your children having a disease), even though you do not have it yourself, sexual orientation, or being a victim of domestic violence. The City's EEO Policy provides an opportunity for employees and applicants for employment to complain about discrimination and also protects them from retaliation when they make EEO complaints or cooperate in EEO investigations.

6

## What is "equal opportunity"

Equal opportunity exists when decisions, practices and procedures relating to the workplace are made in a way that gives everyone a chance to succeed. This means that all decisions and practices about recruitment, testing, selection, hiring, work assignments, salary and benefits, accommodations, working conditions, performance evaluations, promotions, training opportunities, career development, transfers, discipline and discharge must be made free of illegal discrimination.

You probably already know that deciding against promoting someone or paying a person less because of his or her race, sex, national origin, religion, etc. is illegal.

## BUT...
## Did you know that the following behaviors could be violations of the City's EEO Policy?

- Treating an individual differently, such as denying a person a job, because that person is believed to be disabled even though that person has no disability. The same is true when individuals are treated differently because of assumptions or inaccurate perceptions about their race, gender, religion, national origin, age, sexual orientation, etc.

- Engaging in unwelcome behavior, whether or not directed at a particular individual, that creates a threatening, intimidating, offensive or hostile work environment based on race, gender, religion, national origin, age, disability, sexual orientation, etc.

- Using derogatory or demeaning statements, slurs, jokes, gestures, notes, materials or e-mails related to race, gender, religion, national origin, age, disability, sexual orientation, etc.

7

Failure to observe the above standards will subject an employee to disciplinary proceedings.

## CHAPTER THREE: GENERAL MISCONDUCT/DEPARTMENTAL MISCONDUCT

### Rule I - General Misconduct

The following acts constitute general misconduct:

1. Striking, attempting to strike or threatening to strike a supervisor, fellow employee, other City employee, Peace/Police Officer, or private citizen with any type of object, or with any body part;

2. Acting in such manner as to jeopardize the the health or safety of a fellow employee or private citizen;

3. Making a false statement under oath;

4. Misappropriating or permitting any property or thing of value to be stolen from any City premises;

5. Being convicted of a felony or misdemeanor on or off duty;

6. Disorderly or disruptive conduct;

7. Performing any acts, whether by speech, writing or dissemination of printed or recorded materials, or by any other means which may tend to arouse hatred or ill will against any individual or group on the basis of their sex, race, creed, color, national origin, sexual orientation or affectional preference; and

8. Sexual harassment.

### Rule II - Departmental Misconduct

The following acts constitute departmental misconduct:

1. Knowingly commits an act relating to his/her office which constitutes an unauthorized exercise of his/her official functions;

2. Knowingly refrains from performing a duty which is part of the official job description as defined by statute, City Charter, or departmental regulation);

3. Refuses or fails to appear or to answer questions as to the performance of his/her official duties before this agency, the Parks Advocate and or the Office of the Inspector General;



4. Gives false and/or evasive answers to questions pertaining to the performance of his/her official duties when summoned to appear before this agency, the Parks Advocate, the Office of the Inspector General or any lawfully constituted court, officer, or body having authority to make inquiry as to the performance of his/her official duties; or

5. Refuses or fails to appear after being duly served with formal disciplinary charges or a notice of an Administrative Review Meeting on the date and at the time indicated therein.

### Rule III - Conduct Unbecoming a City Employee

The following acts constitute conduct unbecoming a City employee:

1. Insubordination
   A) Failing to obey the lawful order of a supervisor in the performance of any other competent authority or willfully or deliberately refusing or ignoring such orders, whether written or spoken;

2. Neglect of Duty
   A) Neglecting assigned duties;
   B) Sleeping while on duty; and
   C) Engaging in activities which interfere with assigned official duties. Employees who are compensated or employed outside of the agency shall notify the agency immediately, in accordance with established agency policies and procedures.

3. Substandard Work Performance
   A) Performing duties in an improper, inefficient or negligent manner.

4. Falsification of Agency Records
   A) Making or causing a false report or false entry in or on any departmental record or on any other official record; or any other document which is normally required by job function or by a borough/division supervision);
   B) Making, causing or submitting a false document for purposes of certification or for substantiation purposes;
   C) The provisions of this section include false statements given in connection with any verbal record or report; and
   D) Approving or attesting to false information on any Departmental record.

5. Illicit or Improper Activities
   A) Participating in illegal gambling activities either on or off agency premises;
   B) Lending money to a superior employee, or becoming an applicant, maker or endorser of any credit instrument in any loan or similar transaction for or on behalf of such employee;

48.



EXHIBIT R(iii)

### CITY OF NEW YORK
### CONFLICT OF INTEREST BOARD
2 Lafayette Street, Suite 1010
New York, New York 10007
(212) 442-1400
Fax: (212) 442-1407 TDD: (212) 442-1443

Conflicts of Interest Board
2 Lafayette Street, Suite 1010
New York, NY 10007

RE: <u>NYC Charter Ch. 68 § 2603 (b)(2) Certification</u>

In accordance with Charter § 2603 (b)(2)(a), I hereby certify that I have received, read and shall conform to the provisions of Chapter 68 of the New York City Charter.

_____
Employee Signature

RICHARDS, Alroy D.
Print Name

CSA-PP
Print Title

NYC Parks & Recreation
Agency

06/05/2017
Date







# CITY OF NEW YORK PARKS & RECREATION
## RECEIPT
### STANDARDS OF CONDUCT
### AND
## ABOUT EEO: WHAT YOU MAY NOT KNOW

I acknowledge that I have received a copy of the Parks & Recreation Standards of Conduct and About EEO: What You May Not Know, I understand that I am required to read these manuals carefully and I understand that a copy of this acknowledgement will be made a part of my personnel record.

Name: __RICHARDS, Alroy D.__

Title: __CSA-PP__       Social Security #: ████████████

Signature: _____       Date: __06/05/2017__



8/1/2017 4:20 PM                    Sales Receipt #8501
Store   BK3

**Police Depot 3** 
23-19 College Point
College Point, NY 11356
718-539-1212
MON-SAT 10AM-5PM
CLOSED SUNDAYS

Cashier  Juan

Item #                Qty     Price   Ext Price
891                    1      $9.99     $9.99 R
NAME TAGS

                            Subtotal          $9.99
Local Sales Tax       8.875 % Tax          $0.89
          RECEIPT TOTAL:         $10.88

Credit Card  $10.88
MasterCard

          Merchant # ***75614

Transaction Type  Sale
Card  xxxxxx3508
Code  16
Approval Code  343553
Amount  $10.88

X   08/01/2017
          Cardholder Signature

I agree to pay above amount according to card
issuer's agreement

No Cash Refunds
In Store Credit Only
30 Days exchanges with receipt
Thanks for shopping with us!

8501

# SECURITY GUARD TRAINING CERTIFICATE

BE IT HEREBY KNOWN THAT

## ALROY RICHARDS

HAS SUCCESSFULLY COMPLETED THE

## SIXTEEN HOUR ON-THE-JOB TRAINING COURSE FOR SECURITY GUARDS

WHICH SATISFIES THE MINIMUM CRITERIA RECOMMENDED BY THE
NEW YORK STATE SECURITY GUARD ADVISORY COUNCIL

CONDUCTED BY
(School Name and Address)

NYC PARKS
1234 5th Avenue
New York, NY 10029

THIS COURSE CONDUCTED ON

6/14/17 - 6/19/17
(Date)

312274
SCHOOL IDENTIFICATION NUMBER

SCHOOL DIRECTOR
Monifa Edmondson