| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 3/26/2020 |

ALROY RICHARDS,

                Plaintiff,

-against-

CITY OF NEW YORK COMPTROLLER; NEW YORK CITY PARKS AND RECREATION; and EQUAL OPPORTUNITY COMMISSION,

                Defendants.

1:19-cv-10697-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

In response to the spread of COVID-19 (coronavirus), the President of the United States has declared a national emergency, the Governor of New York has banned large gatherings, and the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus. *In re Coronavirus/COVID-19 Pandemic* [M10-468, 20MISC00155]. Accordingly:

It is hereby ORDERED that the Pre-Motion Conference scheduled to take place on Thursday, April 2, 2020 is adjourned to May 12, 2020 at 10:30AM. Because the circumstances surrounding COVID-19 are rapidly changing, the Court leaves open whether the Conference will be held in person or telephonically. The Court will issue a further order advising the parties of how the Conference will be conducted no later than April 28, 2020. Defendants are instructed to mail a copy of this order to Plaintiff at the address of record.

**SO ORDERED.**

**Date: March 26, 2020**
**New York, NY**

                                          */s/ Mary Kay Vyskocil*
                                          **MARY KAY VYSKOCIL**
                                          **United States District Judge**