UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALROY RICHARDS,

                Plaintiff,

-against-

CITY OF NEW YORK COMPTROLLER;
NEW YORK CITY PARKS AND
RECREATION; and EQUAL
OPPORTUNITY COMMISSION,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2020

1:19-cv-10697-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court held a telephonic Status Conference on May 12, 2020 at 10:30AM. The *pro se* Plaintiff and counsel for all defendants were in attendance. In accordance with matters discussed at that Conference, it is hereby ORDERED:

- Plaintiff will consider the arguments made in the letter dated February 12, 2020 from counsel to the Government to the Court requesting leave to file a motion to dismiss on behalf of defendant Equal Opportunity Employment Commission ("EEOC"). Plaintiff and counsel for the Defendant EEOC will discuss whether Plaintiff wishes to file a voluntary dismissal without prejudice of the EEOC and, if so, will coordinate to prepare and execute a dismissal, which the EEOC will arrange to serve and file on ECF.

- All parties will participate in the Court-ordered mediation, which the parties have advised is scheduled to occur on May 27, 2020.

- Within five (5) days of the mediation, Counsel for the City of New York Comptroller and New York City Parks and Recreation (the "City Defendants")

    will serve and file on ECF (with a courtesy copy to chambers and all other parties via email) a one-page status report advising the Court whether mediation was successful, was not successful, or is continuing.

- If the mediation concludes on May 27, 2020 and is not successful:
    - the Defendants shall serve and file on or before June 26 the motion(s) to dismiss for which they requested leave to file in their letters dated January 31, 2020 [ECF No. 21] and February 12, 2020 [ECF No. 22].
    - Plaintiff's opposition to the motion(s) to dismiss shall be served and filed by August 7, 2020.
    - Any replies shall be served and filed by August 21, 2020.

The Court will send a copy of this order to Plaintiff via mail.

**SO ORDERED.**

**Date:  May 12, 2020**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**