USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALROY RICHARDS,

                Plaintiff,

-against-

CITY OF NEW YORK COMPTROLLER et al.,

                Defendants.

19-cv-10697-MKV

ORDER OF SERVICE

---

Mary Kay Vyskocil, United States District Judge:

    The Court directs the Clerk of Court to issue a summons as to Defendant City of New York. Plaintiff is directed to serve the summons and amended complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant City of New York under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

SO ORDERED.

Dated:    September 18, 2020
            New York, New York

                                            Mary Kay Vyskocil
                                            United States District Judge