USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALROY RICHARDS,

                Plaintiff,

-against-

CITY OF NEW YORK COMPTROLLER et al.,

                Defendants.

1:19-cv-10697-MKV

ORDER

**MARY KAY VYSKOCIL, United States District Judge:**

On September 9, 2020, the Court issued an Order [ECF No. 48] stating that it would accept Plaintiff's Amended Complaint [ECF No. 45], which Plaintiff filed on September 8, 2020. That Order also set a deadline of October 1, 2020, for Defendants to respond to the Amended Complaint by filing a new motion to dismiss or an answer. On September 29, 2020, Defendants filed a Motion to Dismiss [ECF No. 53].

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opposition on or before **November 6, 2020**.

2. Defendants shall file a reply on or before **November 23, 2020**.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff at the address of record.

**SO ORDERED.**

**Date: September 30, 2020**
**New York, NY**

                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**