**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALROY RICHARDS,

                Plaintiff,                19 **CIVIL** 10697 (MKV)

    -against-                    **JUDGMENT**

CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 28, 2021, Defendant's motion to dismiss is GRANTED and the Amended Complaint is DISMISSED; accordingly, the case is closed.

**Dated:**  New York, New York
           September 28, 2021

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                  **Clerk of Court**
                             **BY:** _[signature: David J. Thomas]_
                                                    **Deputy Clerk**